```
SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SVETLANA ALEKSEEVA, <br>       Plaintiff, <br><br> v. <br><br> Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Attorney General, ALBERTO GONZALES; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; U.S. Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, DAVID STILL, District Director, <br><br>       Defendants. | Case No. 06-7724 MJJ <br><br> **STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND** ~~[PROPOSED]~~ **ORDER** <br><br> Date:    March 27, 2007 <br> Time:   2:00 p.m. |

    The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a 60-day extension of the case management conference in this case, based on the following:

    1. The plaintiff filed an application for naturalization with the United States Citizenship and Immigration Services (USCIS) on April 3, 2003.

    2. As part of its processing of the naturalization application, the USCIS asked the FBI to conduct a name check of the plaintiff on April 28, 2003.

    3. The plaintiff was interviewed on her naturalization application on December 3, 2003.

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C06-7724 MJJ                            1

4. To date, the FBI has not yet completed the name check of the plaintiff.

5. On December 18, 2006, the plaintiff filed an action under 8 U.S.C. § 1447(b), which provides that if the USCIS has failed to make a determination on an individual's application for naturalization within 120 days after the date on which the applicant is examined, the applicant may apply to the United States District Court for a hearing on the matter, and the District Court "may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter." 8 U.S.C. § 1447(b).

6. The USCIS has asked the FBI to expedite the plaintiff's name check.

7. The parties respectfully ask this Court to extend the date of the case management conference, currently scheduled for March 27, 2007, for sixty days in light of the reasonable possibility that the FBI will complete the name check within that period of time and the USCIS can then expeditiously adjudicate the naturalization application.

8. The parties ask this Court to re-schedule the case management conference for May 29, 2007, at 2:00 p.m.

Dated: March 20, 2007                                Respectfully submitted,

                                                     SCOTT N. SCHOOLS
                                                     United States Attorney

                                                      /s/
                                                     EDWARD A. OLSEN
                                                     Assistant United States Attorney
                                                     Attorneys for Defendants

Dated: March 20, 2007                                 /s/
                                                     MONICA KANE
                                                     Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   Mar. 20, 2007
                                                     _____
                                                     MARTIN J. JENKINS
                                                     United States District Judge

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C06-7724 MJJ                                    2