1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-6915
6      FAX: (415) 436-6927

7  Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

SVETLANA ALEKSEEVA,                  )
12                                   )   Case No. 06-7724-EDL
              Plaintiff,             )
13                                   )
         v.                          )
14                                   )
   Department of Homeland Security, MICHAEL  )   **STIPULATION TO DISMISS**
15 CHERTOFF, Secretary; U.S. Attorney General, )   **WITHOUT PREJUDICE; AND**
   ALBERTO GONZALES; United States Citizenship )   [PROPOSED] **ORDER**
16 and Immigration Services, EMILIO T.   )
   GONZALEZ, Director; U.S. Citizenship and )
17 Immigration Services, ALFONSO AGUILAR, )
   Chief; United States Citizenship and Immigration )
18 Services, DAVID STILL, District Director, )

19            Defendants.

20
        The plaintiff, by and through her attorney of record, and defendants, by and through their
21
   attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-
22
   entitled action in light of the fact that the United States Citizenship and Immigration Services is
23
   committed to adjudicating the plaintiff's application for naturalization within 30 days.
24
        Each of the parties shall bear their own costs and fees.
25

26

27

28

STIPULATION TO DISMISS
C06-7724-EDL                              1

Dated:  July 2, 2007                                  /s/
                                                                    MONICA KANE
                                                                    Jewish Family & Children's Services
                                                                    Attorney for Plaintiff


Dated:  July 2, 2007                                  /s/
                                                                    EDWARD A. OLSEN
                                                                    Assistant United States Attorney
                                                                    Attorney for Defendants


**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  July 2, 2007          _____
                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge

:

STIPULATION TO DISMISS
C06-7724-EDL                                                 2